IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY S. BECKER | : | CIVIL ACTION |
| v. | : | |
| U.S. BANK NATIONAL ASSOCIATION | : | NO. 09-5284 |

<u>ORDER</u>

AND NOW, this 1st day of September, 2011, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 28), the opposition and reply thereto, Plaintiff's Motion for Summary Judgment (Docket No. 27), the opposition thereto, and following oral argument held on March 11th, 2001, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED and the plaintiff's motion is DENIED.  Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff.  This case is closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.